LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

MELVIN D. HONOWITZ (State Bar No. 57341)
ELIZABETH T. ERHARDT (State Bar No. 195503)
SANNA R. SINGER (State Bar No. 228627)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827
mhonowitz@sideman.com
eerhardt@sideman.com
ssinger@sideman.com

Attorneys for Defendants MORTIMER HOWARD, individually
and, As Trustee of THE MORTIMER HOWARD TRUST

**E-FILING**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH, and CORNELIUS WEEKLEY,<br><br>Plaintiffs,<br><br>v.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER TO STAY UNLAWFUL DETAINER PROCEEDINGS UNTIL RULING ON MOTION TO REMAND AND MOTION FOR PRELIMINARY INJUNCTION<br><br>Case No. C-06-7389 SBA |
| CITY OF OAKLAND, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORTIMER HOWARD, THE MORTIMER HOWARD TRUST and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C-06-7390 CXX SBA |

WHEREAS Plaintiff City of Oakland has brought a Motion to Remand in the above-entitled related actions, which will be heard by this Court on February 13, 2007; and,

Case Nos. C-06-7389 SBA / C-06-7390 CW
STIPULATION AND [PROPOSED] ORDER TO STAY UNLAWFUL DETAINER PROCEEDINGS UNTIL RULING ON MOTION TO REMAND AND MOTION FOR PRELIMINARY INJUNCTION

1  WHEREAS Plaintiffs Park Village Apartments Tenants Association, *et al.* have brought a
2  Motion for Preliminary Injunction in the above-entitled related actions, which will be heard by this
3  Court on February 13, 2007; and,

4  WHEREAS Defendants, Mortimer R. Howard, individually and as Trustee of the
5  Mortimer Howard Trust (collectively, "Defendants") agree not to commence unlawful detainer
6  proceedings concerning 3761 Park Boulevard Way, Oakland, California (the "Property") based
7  upon termination of the Section 8 contract, increase in rent, or demand for payment of utilities in
8  any court prior to this Court's ruling on the Motion to Remand and Motion for Preliminary
9  Injunction.

10  NOW, THEREFORE IT IS HEREBY STIPULATED by all parties to this action, through
11  each of their respective counsel of record, as follows:

12  1.  Defendants will not commence unlawful detainer proceedings concerning the
13  Property based upon termination of the Section 8 contract, increase in rent, or demand for payment
14  of utilities in any court prior to this Court's ruling on the Motion to Remand and Motion for
15  Preliminary Injunction, currently set for hearing on February 13, 2007.

16  2.  Should the Court decline to rule on the Motion to Remand and/or Motion for
17  Preliminary Injunction at the February 13, 2007 hearing, and take either or both matters under
18  submission, Defendants will not commence unlawful detainer proceedings prior to the Court's
19  ruling without first notifying and conferring with the Court and all opposing parties.

20  3.  This Stipulation and Order is without prejudice to Defendants' rights to commence
21  unlawful detainer proceedings concerning the Property at any time subsequent to this Court's
22  ruling on the Motion to Remand and Motion for Preliminary Injunction, and will not act as a
23  waiver of any such rights.

24  ///
25  ///
26  ///
27  ///
28  ///

IT IS SO STIPULATED.

DATED: January 5, 2007      SIDEMAN & BANCROFT LLP

By: _____
ELIZABETH T. ERHARDT
Attorneys for Defendants MORTIMER HOWARD, individually and, As Trustee of THE MORTIMER HOWARD TRUST

DATED: January 3, 2007      BAY AREA LEGAL AID

By: _____
LISA S. GREIF
Attorneys for Plaintiffs Park Village Apartments Tenants Association, *et al.*

DATED: January ___, 2007      CITY ATTORNEY OF OAKLAND

By: _____
JAMES F. HODGKINS
Attorneys for Plaintiff City of Oakland

1
2   **IT IS SO STIPULATED.**
3
4   DATED: January___, 2007          SIDEMAN & BANCROFT LLP
5
6
7                                    By: _____
                                         ELIZABETH T. ERHARDT
8                                    Attorneys for Defendants MORTIMER HOWARD,
                                     individually and, As Trustee of THE MORTIMER
9                                    HOWARD TRUST

10  DATED: January___, 2007          BAY AREA LEGAL AID
11
12                                   By: _____
                                         LISA S. GREIF
13                                   Attorneys for Plaintiffs Park Village Apartments
                                     Tenants Association, et al.
14
15  DATED: January _4_, 2007         CITY ATTORNEY OF OAKLAND
16
                                     By: /s/ James F. Hodgkins
17                                       JAMES F. HODGKINS
                                     Attorneys for Plaintiff City of Oakland
18
19
20
21
22
23
24
25
26
27
28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

**[PROPOSED] ORDER:**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 9, 2007

_____
United States District Judge

srs:srs:MOHO.7530\282845_1.DOC