# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PARK VILLAGE APARTMENTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORTIMER HOWARD TRUST, MORTIMER R. HOWARD, and DOES 1-20, <br><br> Defendants. | Related Cases <br><br> No. C 06-7389 SBA <br> No. C 06-7390 SBA <br><br> **ORDER** <br><br> [Docket No. 12] |
| CITY OF OAKLAND, a municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> MORTIMER HOWARD TRUST, MORTIMER R. HOWARD, and DOES 1-20, <br><br> Defendants. | |

This matter comes before the Court on City of Oakland's Motion to Remand [Docket No. 12]. Having read and considered the arguments presented by the parties and the controlling authorities, the Court finds that neither the face of the City's complaint, nor close scrutiny of its substance, reveals a substantial question of federal law. Moreover, given the absence of any federal claim, the Court declines to exercise supplemental jurisdiction.

IT IS HEREBY ORDERED THAT the City of Oakland's Motion to Remand [Docket No. 12] is GRANTED. These matters are remanded to the Alameda County Superior Court.

IT IS SO ORDERED.

February 9, 2007

_____
Saundra Brown Armstrong
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28