LAW OFFICE OF EDWARD M. HIGGINBOTHAM
EDWARD M. HIGGINBOTHAM, ESQ.
SBN 231636
1096 Pine Street, Suite #501
San Francisco, CA 94109
(415) 533-1900
(415) 441-3089 - fax

Attorney for DEFENDANT(S)

E-FILING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH and CORNELIUS WEEKLEY
    Plaintiff,

vs.

MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20
    Defendant.

CASE NO. C-06-7389

STIPULATION AND [XXXXXXXX] ORDER TO EXTEND TIME TO COMPLETE INITIAL DISCLOSURES AND FILE RULE 26(F) REPORT

    WHEREAS the Court has set a Case Management Conference ("CMC") in the above-entitled action for March 15, 2007 at 2:45pm via telephone;

    WHEREAS the Court has ordered that 7 days prior to the CMC (*i.e.*, March 8, 2007) is the last day for the parties to: (1) complete initial disclosures or state their objections in a Rule 26(f) Report, and (2) file a Rule 26(f) Report;

    WHEREAS Plaintiffs Park Village Apartments Tenants Association, *et al.* ("Plaintiffs") and Defendants, Mortimer R. Howard, individually and as Trustee of the Mortimer Howard Trust ("Defendants"), (collectively, the "Parties") have agreed to extend the deadline for completing initial disclosures and filing the Rule 26(f) Report for 90 days, to and including June 5, 2007, in order to allow the Parties a meaningful opportunity to meet and confer regarding

possible settlement prior to incurring additional litigation expense;

WHEREAS the Parties are scheduled to have an ADR conference call with the Court's ADR Unit on March 13, 2007, and anticipate that a form of ADR may be used to resolve the case.

WHEREAS the Parties have agreed to meet together with representatives of U.S. Housing and Development ("HUD") on March 14, 2007 to discuss the possibilities of settlement;

WHEREAS there have been no prior extensions of the deadline for completing initial disclosures and filing the Rule 26(f) Report; and

WHEREAS a 90-day extension of the deadline for completing initial disclosures and filing the Rule 26(f) Report would not disrupt or interfere with the scheduling of the case at this early stage.

NOW, THEREFORE IT IS HEREBY STIPULATED by all Parties to this action, through each of their respective counsel of record, that a date for the Parties to: (1) complete initial disclosures or state their objections in a Rule 26(f) Report and (2) file a Rule 26(f) Report will be extended 90 days, from March 8, 2007 to June 5, 2007.

**IT IS SO STIPULATED.**

DATED: March 8, 2007   LAW OFFICE OF EDWARD M. HIGGINBOTHAM

By: /s/ Edward M. Higginbotham
EDWARD M. HIGGINBOTHAM
Attorney for Defendants MORTIMER HOWARD, individually, and as Trustee of THE MORTIMER HOWARD TRUST

DATED: March 8, 2007   BAY AREA LEGAL AID

By: /s/ Lisa S. Greif
LISA S. GREIF
Attorneys for Plaintiffs Park Village Apartments Tenants Association, et al.

03/08/2007 13:05 510-663-4740 BAY AREA LEGAL AID PAGE 04/04
Case 4:06-cv-07389-SBA   Document 45   Filed 03/13/07   Page 3 of 3
Case 4:06-cv-07389-SBA   Document 41   Filed 03/08/2007   Page 3 of 3

ORDER:

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

DATED: March 12, 2007

*Sandra B. Armstrong*
United States District Judge