LAW OFFICE OF EDWARD M. HIGGINBOTHAM
EDWARD M. HIGGINBOTHAM, ESQ.
SBN 231636
1096 Pine Street, Suite #501
San Francisco, CA 94109
(415) 533-1900
(415) 441-3089 - fax

Attorney for DEFENDANT

**E-FILING**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH and CORNELIUS WEEKLEY )<br>　　　　　　　Plaintiff, )<br>　　　vs. )<br>MORTIMER HOWARD TRUST, )<br>MORTIMER R. HOWARD and DOES 1-20 )<br>　　　　　　Defendant. | CASE NO. C-06-7389<br><br>**SUBSTITUION OF ATTORNEY**<br>**(PROPOSED) ORDER**<br><br>Judge: Saundra B. Armstrong |

　　　　To the Court and all parties to the matter are hereby notified of a substitution of counsel in the above-entitled caption on behalf of the defendant Mortimer Howard. All parties have stipulated to such substitution.

　　　　IT IS HEREBY ORDERED that substitution of counsel is GRANTED.

Dated: 3/12/07

_____
Honorable Judge Saundra B. Armstrong

ORDER FOR SUBSITUTION OF ATTORNEY