1  BAY AREA LEGAL AID
   PHILLIP R. MORGAN (State Bar No. 99979)
2  BOB P. CAPISTRANO (State Bar No. 70382)
   LISA S. GREIF (State Bar No. 214537)
3  405 14th Street, 11th Floor
   Oakland, California  94612
4  Telephone: 510-663-4744
   Facsimile: 510-663-4740
5
   NATIONAL HOUSING LAW PROJECT
6  JAMES R. GROW (State Bar No. 083548)
   614 Grand Avenue, Suite 320
7  Oakland, California  94610
   Telephone: 510-251-9400
8  Facsimile: 510-451-2300

9  Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION,
   TINKHAM, et al.
10
   LAW OFFICE OF EDWARD M. HIGGINBOTHAM
11 EDWARD M. HIGGINBOTHAM.(State Bar No. 231636)
   1096 Pine Street, Suite #501
12 San Francisco, CA 94109
   Telephone: 415-533-1900
13 Facsimile: 415-441-3089

14 Attorney for Defendants MORTIMER HOWARD, MORTIMER HOWARD TRUST

15                                                                                      **E-FILING**

16                            UNITED STATES DISTRICT COURT

17                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 PARK VILLAGE APARTMENTS TENANTS      | CASE NO.:  C-06-7389sba
   ASSOCIATION, YORK TINKHAM, MONG
20 HA KWONG-CHEUNG, WILLIAM             | [~~XXXXXXXX~~] [PROPOSED] ORDER FOR
   FOSTER, CHI YING LEE, KING MING LEE, | STIPULATION TO CANCEL MEDIATION
21 CECELIA NELSON, SHIRLEY SMITH and
   CORNELIUS WEEKLEY,
22
           Plaintiffs,
23
       vs.
24
   MORTIMER HOWARD TRUST,
25 MORTIMER R. HOWARD and DOES 1-20,

26         Defendants.

27

28

[PROPOSED] ORDER - 1

Case No. C-06-7389sba

1    Based on the foregoing Stipulation and good cause appearing, it is hereby Ordered that
2 the Mediation scheduled for June 5, 2007 be cancelled and that the Mediator, Mr. Michael Bien,
3 Esq., be relieved of any responsibility in this matter.

Dated: __6/1/07_____    ___*Saundra B. Armstrong*_____
　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　United States District Judge