BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
BOB P. CAPISTRANO (State Bar No. 70382)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW (State Bar No. 083548)
614 Grand Avenue, Suite 320
Oakland, California 94610
Telephone: 510-251-9400
Facsimile: 510-451-2300

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, TINKHAM, et al.

**E-FILING**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH and CORNELIUS WEEKLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20, <br><br> Defendants. | CASE NO.: C-06-7389sba <br><br> JOINT STIPULATION TO MODIFY SCHEDULING ORDER FOR PRETRIAL PREPARATION; [PROPOSED ORDER] |

The parties to the above-entitled action jointly submit this Stipulation to Modify the Scheduling Order and Proposed Order and request the Court to adopt it as its Order for Pretrial Preparation in this case.

### CASE STATUS

On February 13, 2007 the Court granted plaintiffs' Motion for Preliminary Injunction ordering defendants to refrain from raising rents or evicting tenants of Park Village Apartments.

On December 21, 2007 Defendants entered into a purchase and sale agreement to sell the subject property, Park Village Apartments. The closing date of the sale is set for March 20, 2008. Trial is currently set for March 17, 2008. The parties now request a modification of the original order for pretrial preparation and scheduling so that negotiations for a settlement may continue before a trial is held.

DATES TO BE MODIFIED

A. MOTION CUT-OFF

All motions including dispositive motions shall be *heard* on or before: **4/22/08**

B. MANDATORY SETTLEMENT CONFERENCE

All parties are ordered to participate in a mandatory settlement conference during between **4/28/08 and 5/16/08**. This case has been assigned to Magistrate Judge Edward M. Chen for settlement.

C. PRETRIAL CONFERENCE

Pretrial conference shall be held on **6/10/08**

D. PRETRIAL PREPARATION DUE

Joint Pretrial Statement due: **5/20/08**

Motions in Limine and Objections to Evidence due: **5/27/08**

Responses to Motions in Limine and Objections due: **6/3/08**

E. TRIAL DATE

Trial before the jury will begin on **6/16/08** at 8:30 a.m. for an estimated **1-3** day trial, or as soon thereafter as the court may designate.

Dated: January 18, 2008     \_\_/s/ Lisa S. Greif_____
                             Lisa S. Greif
                             Attorney for Plaintiffs

Dated: January 18, 2008     \_\_/s/ Edward M. Higginbotham_____
                             Edward M. Higginbotham
                             Attorney for Defendants

JOINT STIPULATION TO MODIFY SCHEDULING AND ORDER - 2
Case Nos. C-06-7389sba

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 18, 2008  /s/ Lisa S. Greif
Lisa S. Greif
Attorney for Plaintiffs

ORDER

The Joint Stipulation to Modify Scheduling Order and Proposed Order is hereby adopted by the Court as the Order for Pretrial preparation for the case and the parties are ordered to comply with this Order. ~~In addition the Court orders:~~ SBA

Dated: __1/29/08__      _____/s/ Saundra B. Armstrong_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT

JOINT STIPULATION TO MODIFY SCHEDULING AND ORDER - 4
Case Nos. C-06-7389sba