UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARK VILLAGE APARTMENT TENANTS ASSOCIATION, *et al.*,

    Plaintiffs,

v.

MORTIMER HOWARD TRUST, *et al.*,

    Defendants.
_____/

No. C-06-7389 SBA (EMC)

**NOTICE AND ORDER SCHEDULING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for **April 28, 2008, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

- ♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by April 14, 2008. Statements shall not be electronically filed.**

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///
///

The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: February 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge