UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENT TENANTS ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>MORTIMER HOWARD TRUST, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-06-7389 SBA (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **September 5, 2008, 10:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Although EAH is not a party to this action, the Court requests EAH, as well as Joyce Glatt, counsel for EAH, personally attend the Further Settlement Conference, to facilitate a full and complete resolution of all related issues.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: August 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

FAXED AND MAILED TO:
J. Glatt (see attached Certificate of Service)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENT TENANTS ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTIMER HOWARD TRUST, *et al.*,<br><br>    Defendants._____/ | No. C-06-7389 SBA (EMC)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

JOYCE H. GLATT
820 Arlington Blvd
El Cerrito, CA  94530-2702

(510) 528-0855
(510) 528-0849 (FAX)

*ALL OTHER COUNSEL SERVED VIA*
*ELECTRONIC FILING ("E-FILING")*

Dated:  August 29, 2008            RICHARD W. WIEKING, CLERK


                    By:     /s/
                         Leni Doyle
                         Deputy Clerk