BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
ROBERT P. CAPISTRANO (State Bar No. 70382)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
lgreif@baylegal.org
pmorgan@baylegal.org
bcapistrano@baylegal.org

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW (State Bar No. 083548)
614 Grand Avenue, Suite 320
Oakland, California 94610
Telephone: 510-251-9400
Facsimile: 510-451-2300
jgrow@nhlp.org

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, et al.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, WILLIAM FOSTER, SHIRLEY SMITH and CORNELIUS WEEKLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20,<br><br>Defendants. | CASE NO.: C-06-7389sba<br><br>Hon. Saundra B. Armstrong<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

It is hereby stipulated by and between Plaintiffs Park Village Apartments Tenants Association, William Foster, Shirley Smith, and Cornelius Weekley ("Plaintiffs") and Defendants Mortimer Howard Trust and Mortimer R. Howard ("Defendants"), through their respective counsel of record, that the

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - 1
Case Nos. C-06-7389sba

1  above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P.
2  41(a)(1). Each of said parties to bear its own costs and attorney's fees.
3    The terms of the Settlement Agreement dated October 23, 2008 ("Agreement") entered into
4  between Plaintiffs and Defendants and attached hereto as Exhibit 1 provide that the terms of the Court's
5  July 16, 2008 Order granting declaratory and injunctive relief remain in effect. The parties therefore
6  have consented, and hereby further stipulate and consent, that any dispute regarding enforcement of the
7  Agreement will be referred to a United States District Court Magistrate Judge.

Dated: November 17, 2008     /s/ Lisa S. Greif_____
               LISA S. GREIF
               Bay Area Legal Aid,
               Attorney for Plaintiffs.

Dated: November 14, 2008     /s/ Edward M. Higginbotham_____
               EDWARD HIGGINBOTHAM
               Attorney for Defendants.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: November 17, 2008     /s/ Lisa S. Greif_____
               Lisa S. Greif
               Attorney for Plaintiffs

## ORDER

Having read and considered the foregoing Stipulation of Dismissal and Request to Retain Jurisdiction, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) The action is dismissed without prejudice;

(2) Each of said parties to bear its own costs and attorney's fees; and

(3) That any dispute regarding enforcement of the Agreement will be referred to a United States District Court Magistrate Judge.

Dated: 11/20/08

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge
Northern District of California